UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

| | |
|---|---|
| **A.M.**, an infant over the age of 14 years, by his natural guardian and mother, **MARISOL MORALES;** and **MARISOL MORALES**,<br><br>                              Plaintiffs,<br><br>            -against-<br><br>**K MART CORPORATION** and **SEARS HOLDINGS MANAGEMENT CORPORATION**,<br><br>                              Defendants. | 15 CV 8943<br><br>**NOTICE OF APPEARANCE** |

------------------------------------------------------------------------X

To:     The Clerk of Court and all parties of record;

I am admitted to practice in this Court, and I appear in this case as counsel for plaintiffs, **A.M.**, an infant over the age of 14 years, by his natural guardian and mother, **MARISOL MORALES;** and **MARISOL MORALES**.

                              **IROM, WITTELS, FREUND, BERNE & SERRA, P.C.**

           By:     s/ *Wesley M. Serra*
                  **WESLEY SERRA (WS-0466)**
                  349 East 149th Street
                  Bronx, New York 10451
                  T: (718) 665-0220
                  F: (718) 665-8004
                  wserra@iromlaw.com
                  Attorneys for Plaintiffs

TO:

**LYNCH ROWIN LLP**
30 Vesey Street, 8th Floor
New York, New York 10007
mrowin@lynchrowin.com
Attorneys for Defendants